1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Travis F. Garrett

7

8

9

10
   **UNITED STATES DISTRICT COURT**
11 **EASTERN DISTRICT OF CALIFORNIA**
   **FRESNO DIVISION**
12

13

14 | TRAVIS F. GARRETT,                  ) Case No.: CV 11-226 GSA
                                        )
15 |         Plaintiff,                 ) STIPULATION AND PROPOSED
                                        ) ORDER FOR DISMISSAL
16 |     vs.                            )
                                        )
17 | MICHAEL J. ASTRUE,                 )
   | Commissioner of Social Security,   )
18 |                                    )
   |         Defendant.                 )
19 |                                    )
                                        )
20

21       TO THE HONORABLE GARY S. AUSTIN, MAGISTRATE JUDGE OF

22 THE DISTRICT COURT:

23       IT IS HEREBY STIPULATED by and between Travis F. Garrett

24 ("Plaintiff") and Michael J. Astrue as the Commissioner of Social Security

25 ///

26 ///

-1-

1  ("Defendant"), that this matter be dismissed with prejudice, each party to bear its
2  own fees, costs, and expenses.
3  DATE: July 25, 2011          Respectfully submitted,
4                               LAW OFFICES OF LAWRENCE D. ROHLFING
5                                  /s/ *Young Cho*
                            BY:_____
6                               Young Cho
                                Attorney for plaintiff Travis F. Garrett
7
8  DATE: July 25, 2011          BENJAMIN B. WAGNER
                                United States Attorney
9
10                                 /s/ *Brenda M. Pullin*
11                              _____
                                Brenda M. Pullin
12                              Special Assistant United States Attorney
                                Attorneys for Defendant Michael J. Astrue,
13                              Commissioner of Social Security
                                (Per e-mail authorization)
14
15
16                              **ORDER**
17
18  IT IS SO ORDERED.
19
       Dated:   **July 25, 2011**               **/s/ Gary S. Austin**
20                                       UNITED STATES MAGISTRATE JUDGE
21
22
23
24
25
26